IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
     v.                              ) Criminal Action No.
                                     ) 06-00030-01-CR-W-DW
BRIAN K. HANDLEY,                    )
                                     )
            Defendant.               )

REPORT AND RECOMMENDATION

Before the court is the government's motion for a judicial

determination of mental competency.  Defendant was examined at

the Federal Correctional Institution in Springfield, Missouri, by

Richart DeMier, Ph.D., a clinical psychologist.  Dr. DeMier

stated that defendant was competent in a report dated April 22,

2011.

On September 29, 2011, I held a competency hearing.

Defendant was present, represented by Assistant Federal Public

Defender Travis Poindexter.  The government was represented by

Assistant United States Attorney Kathleen Mahoney.  The parties

stipulated to the contents and findings of Dr. DeMier as the only

evidence of whether the defendant is competent to stand trial and

to assist in his defense (Tr. at 3-4).[1]

Based upon the uncontroverted evidence stipulated to by the

parties in this case, I find that the defendant is competent to

stand trial and to assist in his defense.  Therefore, it is

_____

[1]"Tr". refers to the transcript of the competency hearing.

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Counsel waived the ten day objection period set forth in 28 U.S.C. § 636(b)(1) (Tr. at 4).  Any objections to this Report and Recommendation shall be filed by October 5, 2011.


                                      /s/ Robert E. Larsen
                                      ROBERT E. LARSEN
                                      United States Magistrate Judge

Kansas City, Missouri
October 4, 2011